IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY DECUIR,<br><br>    Defendant.<br>_____/ | No. CR 12-0557 SI<br><br>**ORDER CONTINUING STATUS CONFERENCE UNTIL DECEMBER 21, 2012** |

Defendant Anthony Decuir is scheduled to appear at a status conference on December 14, 2012 at 11:00 a.m. The status conference is hereby **continued to December 21, 2012 at 11 a.m.**

**IT IS SO ORDERED.**

Dated: December 13, 2012

SUSAN HILLSTON
United States District Judge