MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0557 SI |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME UNDER THE |
| ANTHONY DECUIR, | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| | ) | ET SEQ. |
| Defendant. | ) | |
| | ) | |

       The United States of America, by and through its attorney of record, and defendant Anthony Decuir ("defendant"), by and through his attorney of record, hereby stipulate as follows:

       1.     On December 21, 2012, this Court granted the defendant's request to continue the matter to February 8, 2012 at 11 a.m. For the reasons stated in open court on December 21, 2012, and with defendant's consent, the Court excluded time under the Speedy Trial Act from December 21, 2012 through February 8, 2013 to provide the defense lawyer with additional time for investigation and for effective preparation.

       2.     The parties stipulate and agree that this matter should be continued to March 22, 2013 and that the failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. The defense lawyer is currently involved in a multi-defendant

homicide preliminary hearing in San Francisco Superior Court, which is expected to last for three weeks. In addition, the defense lawyer seeks additional time to obtain state court records of defendant's prior convictions in two jurisdictions so that he may properly advise the defendant on how to best proceed in this case. In light of the defense lawyer's current unavailability, he has requested that government's counsel prepare this stipulation and proposed order on his behalf.

3.      The parties further stipulate and agree that the time from February 8, 2013 through March 22, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under section (B)(iv) for effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.


Dated: February 4, 2013                          MELINDA HAAG
                                                 United States Attorney

                                                 _____/s/_____
                                                 DEBORAH R. DOUGLAS
                                                 Assistant United States Attorney


Dated: February 4, 2013                          _____/s/_____
                                                 TONY TAMBURELLO, Esq.
                                                 Attorney for Defendant Anthony Decuir

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0557 SI |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| ANTHONY DECUIR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

       GOOD CAUSE APPEARING, and based upon the parties' stipulation, IT IS HEREBY

ORDERED that the above-captioned matter shall be continued to March 22, 2013 at 11 a.m. and

that the time from February 8, 2013 through March 22, 2013 shall be excluded in accordance with

the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds

that (A) failure to grant the continuance would unreasonably deny the defendant the reasonable time

necessary for effective preparation and continuity of counsel, taking into account the exercise of

//

//

//

//

//

1  due diligence; and (B) the ends of justice served by the continuance outweigh the best interests
2  of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).
3
4  **IT IS SO ORDERED.**
5
6  Dated: February 4 , 2013
7                                                    HONORABLE SUSAN ILLSTON
                                                     United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28