BRENDAN M. HICKEY
Cal Bar No. 261794
Pier 9, Suite 100
San Francisco, CA 94111-1497
Telephone: (415) 494-8444
Facsimile: (415) 735-3544
Brendan@Defender-Services.com

Attorney for Defendant
ANTHONY DECUIR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-00557-SI |
| Plaintiff, | Date: October 11th, 2013 |
| v. | Time: 11:00 am |
| ANTHONY DECUIR, | **STIPULATION AND [PROPOSED ORDER] TO CONTINUE SENTENCING** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel for the parties, Assistant United States Attorney Deborah R. Douglas for the United States, and Brendan M. Hickey for Mr. Anthony Decuir, that the sentencing hearing currently set for October 11th, 2013 at 11:00 a.m. be vacated and continued one week to October 18th, 2013 at 11:00 a.m. United States probation officer Patrick McFate does not object.

Good cause exists for the continuance. Counsel received the draft Presentence Report later than expected and in order to have adequate time for counsel to prepare for sentencing, the parties would therefore request that the October 11th, 2013 hearing be vacated and continued until October 18th, 2013.

-1-

SO STIPULATED,

DATED: September 26th, 2013        /s/ Brendan Hickey
                                   BRENDAN M. HICKEY
                                   Attorney for Mr. Decuir

DATED:  September 26th, 2013       /s/ Deborah R. Douglas
                                   DEBORAH R. DOUGLAS
                                   Assistant United States Attorney

**IT IS SO ORDERED**

DATED: 9/27/13                     _/s/ Susan Illston_____
                                   HONORABLE SUSAN ILLSTON
                                   United States District Court Judge